UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD BOTTOMS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEFFREY BOTTOMS,<br>   *Plaintiff*,<br><br>vs.<br><br>C.R. BARD INC., et al.,<br>   *Defendants*. | Case No.: 4:22-cv-00367<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above captioned case be voluntarily dismissed with prejudice, with each party to bear its own costs and fees.

Dated this 14th day of November 2023.

        s/Troy A. Brenes
        Troy A. Brenes
        Brenes Law Group, P.C.
        100 Spectrum Center Drive, Suite 330
        Irvine, CA 92618
        (949) 397-9360

        ***Counsel for Plaintiff***

        s/ Elizabeth C. Helm

        **NELSON MULLINS RILEY & SCARBOUROUGH, LLP**
        201 17th Street NW, Suite 1700
        Atlanta, GA 30363
        Phone: (404)-322-6000
        Fax: (404)-817-6050
        Email: kate.helm@nelsonmullins.com
        ***Counsel for Defendants***